RECEIVED

2012 MAR -7 P 4:11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Facebook, Inc., a Delaware corporation,

    Plaintiff,

v.

Adscend Media, LLC, a Delaware corporation, et al.

    Defendant.

CASE NO. 5:12-cv-00414-PSG

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark J. Rosenberg, whose business address and telephone number is Tarter Krinsky & Drogin, LLP, 1350 Broadway, New York, NY 10018, 212-216-1127.

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 9, 2012

*Lucy H. Koh*
United States District Judge