RECEIVED
2012 MAR -7 P 4:11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Facebook, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Adscend Media, LLC, a Delaware corporation, et al.<br><br>Defendant. | CASE NO. 5:12-cv-00414-PSG<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Mark J. Rosenberg, whose business address and telephone number is Tarter Krinsky & Drogin, LLP, 1350 Broadway, New York, NY 10018, 212-216-1127.

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 9, 2012

*Lucy H. Koh*
United States District Judge