**BURGOYNE LAW GROUP**
Henry M. Burgoyne, III (Bar No. 203748)
870 Market Street, Suite 422
San Francisco, CA 94102
Tel.: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

**TARTER KRINKSY & DROGIN LLP**
Mark J. Rosenberg (*Admitted pro hac vice*)
1350 Broadway
New York, New York 10018
Tel.: (212) 216-1127
Fax: (212) 216-8001
mrosenberg@tarterkrinsky.com

Attorneys for Defendants
ADSCEND MEDIA, INC., FEHZAN ALI and JEREMY BASH

### UNITED STATES DISTRICT COURT

### CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

| | |
|---|---|
| **FACEBOOK, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**ADSCEND MEDIA, INC**., a Delaware corporation, **FEHZAN ALI**, an individual, and **JEREMY BASH**, an individual,<br><br>Defendants. | Case No. 5:12-cv-00414-LHK-PSG<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS ADSCEND MEDIA, INC., FEHZAN ALI and JEREMY BASH TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6.1, the parties hereby stipulate to an extension of time for Defendants **ADSCEND MEDIA, INC.**, **FEHZAN ALI** and **JEREMY BASH** to respond to Plaintiff's Complaint filed on January 26, 2012.

### RECITALS

1. On January 26, 2012, Plaintiff filed a complaint asserting violations of Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM"), 15 U.S.C. § 7701, et seq.; Breach of Contract; Violation of the Lanham Act: Federal Trademark Dilution, 15 U.S.C. § 1125(c); and Violation of the Lanham Act: False

Designation of Origin, 15 U.S.C. § 1125(a). *See* Dkt. 1 ("Complaint") ¶¶ 57-85 in 5:12-cv-00414-LHK-PSG (January 26, 2012).

2. Previously, the parties stipulated and agreed that the responses to the complaint by Defendants ADSCEND MEDIA, INC., FEHZAN ALI and JEREMY BASH ("Defendants") would be due no later than **March 9, 2012**, which stipulation the Court entered as an order on February 28, 2012. *See* Dkt. 11.

3. The parties have now further stipulated and agreed that the responses to the complaint by Defendants shall be due no later than **March 23, 2012**. The parties aver that the requested extension will not alter the date of any event or any deadline already fixed by Court order. *See* L.R. 6.1.

**STIPULATION**

Pursuant to Local Rule 6.1, the parties hereby stipulate that the responses to the complaint by Defendants ADSCEND MEDIA, INC., FEHZAN ALI and JEREMY BASH shall be due no later than **March 23, 2012**.

Dated: March 12, 2012                    Respectfully Submitted,

                                         HENRY M. BURGOYNE, III
                                         Burgoyne Law Group
                                         870 Market Street, Suite 422
                                         San Francisco, CA 94102
                                         Phone: (415) 795-4070—Fax: (415) 680-2335
                                         Email: Hank@BurgoyneLawGroup.com

                                         By:   s/ Henry M. Burgoyne, III
                                               Henry M. Burgoyne, III
                                         *Counsel for Defendants ADSCEND MEDIA,*
                                         *INC., FEHZAN ALI and JEREMY BASH*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: March 21, 2012                    *Lucy H. Koh*
                                         UNITED STATES DISTRICT JUDGE

CASE NO. 5:12-cv-00414-LHK-PSG    2    **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

BURGOYNE LAW GROUP
870 Market Street, Suite 422
San Francisco, CA 94102