1  **BURGOYNE LAW GROUP**
   Henry M. Burgoyne, III (Bar No. 203748)
2  870 Market Street, Suite 422
   San Francisco, CA 94102
3  Tel.: (415) 795-4070
4  Fax: (415) 680-2335
   Hank@BurgoyneLawGroup.com
5
6  **TARTER KRINKSY & DROGIN LLP**
   Mark J. Rosenberg (*Admitted pro hac vice*)
7  1350 Broadway
   New York, New York 10018
8  Tel.: (212) 216-1127
   Fax: (212) 216-8001
9  mrosenberg@tarterkrinsky.com

10 Attorneys for Defendants
11 ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH

12                **UNITED STATES DISTRICT COURT**

13                **CALIFORNIA NORTHERN DISTRICT (SAN JOSE)**

14 **FACEBOOK, INC.,** a Delaware corporation,    Case No. 5:12-cv-00414-LHK-PSG

15         Plaintiff,                              **STIPULATION TO FURTHER
                                                   EXTEND TIME FOR DEFENDANTS
16    vs.                                          ADSCEND MEDIA, LLC, FEHZAN ALI
                                                   AND JEREMY BASH TO RESPOND
17 **ADSCEND MEDIA, LLC**, a Delaware             **TO COMPLAINT**
18 corporation, **FEHZAN ALI**, an individual, and
   **JEREMY BASH**, an individual,                 **AND ORDER**
19
            Defendants.
20

21         Pursuant to Local Rule 6.1, the parties hereby stipulate to an extension of time for

22 Defendants **ADSCEND MEDIA, LLC**, **FEHZAN ALI** and **JEREMY BASH** to respond to

23 Plaintiff's Complaint filed on January 26, 2012.

24                                      **RECITALS**

25 **1.** On January 26, 2012, Plaintiff filed a complaint asserting violations of Controlling the

26    Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM"), 15

27    U.S.C. § 7701, et seq.; Breach of Contract; Violation of the Lanham Act: Federal

28    Trademark Dilution, 15 U.S.C. § 1125(c); and Violation of the Lanham Act: False

BURGOYNE LAW GROUP
870 Market Street, Suite 422
San Francisco, CA 94102

Designation of Origin, 15 U.S.C. § 1125(a). *See* Dkt. 1 ("Complaint") ¶¶ 57-85 in 5:12-cv-00414-LHK-PSG (January 26, 2012).

2. The parties stipulated and agreed that the responses to the complaint by Defendants ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH ("Defendants") would be due no later than **March 9, 2012**, which stipulation the Court entered as an order on February 28, 2012. *See* Dkt. 11.

3. Additionally, the parties stipulated and agreed on a further extension that the responses to the complaint by Defendants ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH ("Defendants") would be due no later than **March 23, 2012**, which stipulation the Court entered as an order on March 21, 2012. *See* Dkt. 19.

4. The parties have now further stipulated and agreed that the responses to the complaint by Defendants shall be due no later than **April 06, 2012**. The parties aver that the requested extension will not alter the date of any event or any deadline already fixed by Court order. *See* L.R. 6.1.

## STIPULATION

Pursuant to Local Rule 6.1, the parties hereby stipulate that the responses to the complaint by Defendants ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH shall be due no later than **April 06, 2012**.

Dated: March 23, 2012                    Respectfully Submitted,

HENRY M. BURGOYNE, III
Burgoyne Law Group
870 Market Street, Suite 422
San Francisco, CA 94102
Tel.: (415) 795-4070—Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

By:  s/ Henry M. Burgoyne, III
     Henry M. Burgoyne, III
*Counsel for Defendants ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH*

CASE NO. 5:12-cv-00414-LHK-PSG          2          **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

DATED: March 26, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE