1

**BURGOYNE LAW GROUP**
Henry M. Burgoyne, III (Bar No. 203748)
870 Market Street, Suite 422
San Francisco, CA 94102
Tel.: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

2

3

4

5

**TARTER KRINKSY & DROGIN LLP**
Mark J. Rosenberg (*Admitted pro hac vice*)
1350 Broadway
New York, New York 10018
Tel.: (212) 216-1127
Fax: (212) 216-8001
mrosenberg@tarterkrinsky.com

6

7

8

9

10

Attorneys for Defendants
ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH

11

12

### UNITED STATES DISTRICT COURT

13

### CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

14

**FACEBOOK, INC.,** a Delaware corporation,

Plaintiff,

vs.

**ADSCEND MEDIA, LLC**, a Delaware corporation, **FEHZAN ALI**, an individual, and **JEREMY BASH**, an individual,

Defendants.

15

16

17

18

19

20

Case No. 5:12-cv-00414-LHK-PSG

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS ADSCEND MEDIA, LLC, FEHZAN ALI AND JEREMY BASH TO RESPOND TO COMPLAINT**

 **AND ORDER**

21

22

23

       Pursuant to Local Rule 6.1, the parties hereby stipulate to an extension of time for

Defendants **ADSCEND MEDIA, LLC**, **FEHZAN ALI** and **JEREMY BASH** to respond to

Plaintiff's Complaint filed on January 26, 2012.

24

### RECITALS

25

26

27

28

   **1.** On January 26, 2012, Plaintiff filed a complaint asserting violations of Controlling the

Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM"), 15

U.S.C. § 7701, et seq.; Breach of Contract; Violation of the Lanham Act: Federal

Trademark Dilution, 15 U.S.C. § 1125(c); and Violation of the Lanham Act: False

BURGOYNE LAW GROUP
870 Market Street, Suite 422
San Francisco, CA 94102

BURGOYNE LAW GROUP
870 Market Street, Suite 422
San Francisco, CA 94102

1    Designation of Origin, 15 U.S.C. § 1125(a).  *See* Dkt. 1 ("Complaint") ¶¶ 57-85 in 5:12-

2    cv-00414-LHK-PSG (January 26, 2012).

3    **2.**  The parties stipulated and agreed that the responses to the complaint by Defendants

4    ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH ("Defendants") would

5    be due no later than **March 9, 2012**, which stipulation the Court entered as an order on

6    February 28, 2012.  *See* Dkt. 11.

7    **3.**  Additionally, the parties stipulated and agreed on a further extension that the responses to

8    the complaint by Defendants ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY

9    BASH ("Defendants") would be due no later than **March 23, 2012**, which stipulation the

10   Court entered as an order on March 21, 2012.  *See* Dkt. 19.

11

12   **4.**  The parties have now further stipulated and agreed that the responses to the complaint by

13   Defendants shall be due no later than **April 06, 2012**.  The parties aver that the requested

14   extension will not alter the date of any event or any deadline already fixed by Court

15   order.  *See* L.R. 6.1.

### STIPULATION

16        Pursuant to Local Rule 6.1, the parties hereby stipulate that the responses to the

17

18   complaint by Defendants ADSCEND MEDIA, LLC, FEHZAN ALI and JEREMY BASH shall

19   be due no later than **April 06, 2012**.

20

21   Dated: March 23, 2012                    Respectfully Submitted,

22                                            HENRY M. BURGOYNE, III
                                             Burgoyne Law Group
23                                           870 Market Street, Suite 422
                                             San Francisco, CA 94102
24                                           Tel.: (415) 795-4070—Fax: (415) 680-2335
25                                           Hank@BurgoyneLawGroup.com

26                                           By:    s/ Henry M. Burgoyne, III_
                                                    Henry M. Burgoyne, III
27                                           *Counsel for Defendants ADSCEND MEDIA,*
28                                           *LLC, FEHZAN ALI and JEREMY BASH*

CASE NO. 5:12-cv-00414-LHK-PSG          2        **STIPULATION TO FURTHER EXTEND TIME FOR**
                                                 **DEFENDANTS TO RESPOND TO COMPLAINT**

1    PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

2

3    DATED:___March 26, 2012_____    _Lucy H. Koh_____
                                                UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURGOYNE LAW GROUP
870 Market Street, Suite 422
San Francisco, CA 94102

CASE NO. 5:12-cv-00414-LHK-PSG          3          **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**